OFFICE OF DISCIPLINARY COUNSEL *v.* HOCK.

[Cite as Disciplinary Counsel *v.* Hock (1988), 36 Ohio St. 3d 177.]

(D.D. No. 87-23—Decided April 27, 1988.)

*J. Warren Bettis,* disciplinary counsel, and *Mark H. Aultman,* for relator.

*Charles W. Kettlewell,* for respondent.

*Per Curiam.* This court finds that respondent violated the aforementioned Disciplinary Rules and hereby adopts the board's recommendation. Accordingly, respondent is ordered suspended from the practice of law in Ohio for two years. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.